UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GOVERNMENT EMPLOYEES INSURANCE
COMPANY, et al.,

    Plaintiffs,

v.　　　　　　　　　　　　　　　　　　**Case No.: 8:19-cv-1382-T-35SPF**

SEAN MARTINEAU and SHAZAM AUTO
GLASS LLC,

    Defendants
_____/

## **STIPULATION OF UNDISPUTED MATERIAL FACTS**

Plaintiffs, Government Employees Insurance Co., GEICO Indemnity Co., and GEICO General Insurance Company (collectively, "GEICO" or "Plaintiffs") and Sean Martineau ("Martineau") and Shazam Auto Glass, LLC ("Shazam Glass") (collectively, "Defendants") (collectively with Plaintiffs "the parties"), hereby submit this stipulation of undisputed material facts for use on summary judgment pursuant to the Case Management and Scheduling Order:

1.    Between at least 2016 and the present, Defendant Sean Martineau ("Martineau") has been the sole member and owner of Shazam. See Shazam 30(b)(6) Deposition ("Shazam Dep"), 18:3-8; 29:1-16; Deposition of Martineau ("Martineau Dep."), 22:11-14; Cubas Decl., ¶ 6; see also Verified Responses to Plaintiffs' First

Interrogatories to Defendant Shazam Auto Glass, LLC, Response to Interrogatory No. 6.

2. The GEICO plaintiffs are insurers that sell Florida automobile insurance policies containing comprehensive and collision coverage. [DE-17, ¶17].

3. Under Section 627.7288, Florida Statutes, the "deductible provisions of any policy of motor vehicle insurance…providing comprehensive coverage…shall not be applicable to damage to the windshield of any motor vehicle covered under such policy." [DE-17, ¶20].

4. Florida law and GEICO's insurance policy grants the insured sole discretion to select a repair shop to repair the windshield. [DE-17, ¶23].

5. After notifying the insurer about the windshield damage, the insured can assign to the repair shop the right to the insured's benefits under the policy. [DE-17, ¶25].

6. After the insured assigns benefits under the policy and the repair shop repairs the windshield, the repair shop submits to the insurer an invoice and a claim for reimbursement. [DE-17, ¶27].

7. Shazam is registered as a "motor vehicle repair shop" with the Florida Department of Agriculture and Consumer Services (FDCAS). [DE-17, ¶47].

8.      The Defendants obtained contact information for the GEICO Insureds, and had the ability to contact the GEICO Insureds. <u>See</u> Martineau Dep., 98:17-19; Cubas Decl., ¶ 19.

9.      When White performed windshield replacement services ("Glass Services") that were billed through Shazam, White did – in fact – tell the Insureds that he was from "Tony from Shazam". <u>See</u> White Dep. 24:23-25; 25:1-6; 28:7-9.

10.     The work order provided to the Insureds at the time when the Glass Services were performed was labeled "SHAZAM AUTO GLASS LLC". <u>See</u> Shazam Dep., 78:15-17; Cubas Decl., ¶ 21.

    Respectfully submitted,

    */s/ John P. Marino*
    John P. Marino (FBN 814539)
    Lindsey R. Trowell (FBN 678783)
    Kristen Wenger (FBN 92136)
    SMITH, GAMBRELL & RUSSELL, LLP
    50 North Laura Street - Suite 2600
    Jacksonville, Florida 32202
    Phone: (904) 598-6100
    Facsimile: (904) 598-6204
    ltrowell@sgrlaw.com
    jmarino@sgrlaw.com
    kwenger@sgrlaw.com

    Yonatan Bernstein (admitted *pro hac vice*)
    RIVKIN RADLER LLP
    926 RXR Plaza
    Uniondale, New York 11550
    Phone: (516) 357-3000
    Facsimile: (516) 357-3333
    yonatan.bernstein@rivkin.com

*Counsel for Plaintiffs, Government Employees Insurance Co., GEICO Indemnity Co., and GEICO General Insurance Company*

*/s/ Howard Levine*
Law Offices of Howard Levine
Suite 307
1560 Lenox Avenue
Miami, Fl 33139
305-534-0403
Hlevineesq@aol.com

*/s/ Michael Laurato*
Austin & Laurato, PA
1902 w Cass St
Tampa, Fl 33606
813-258-4625
mlaurato@austinlaurato.com

*Attorneys for Defendants Sean Martineau and Shazam Auto Glass LLC*

## **CERTIFICATE OF SERVICE**

I certify that on February 17, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice and the foregoing document to the counsel of record in this case.

*/s/ John Marino*
Attorney